## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

BENNIE U. STAFFORD,                              Civil No. 06-4957 (JRT/AJB)

        Plaintiff,

v.                                                          **ORDER**

THE MINNESOTA DEPARTMENT
OF CORRECTIONS, JOAN FABIAN,
LYNN DINGLE, JEFF PETERSON, AND
MINN. STATE LEGISLATURES, ET AL.,

        Defendants.

---

Bennie U. Stafford, #118542, 970 Pickett Street North, Bayport, Minnesota 55003, plaintiff *pro-se*.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated February 6, 2007, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application to proceed in forma pauperis, [Docket No. 3], is denied as moot; and

2. This action is summarily dismissed without prejudice.


DATED:  March 7, 2007                                     s/John R. Tunheim
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                        United States District Judge